**Mrs. Marie BISH et vir., Appellants, v. EM-
PLOYERS' LIABILITY ASSURANCE
CORPORATION, Limited, Appellee.**

No. 14016.

United States Court of Appeals
Fifth Circuit.

April 3, 1953.

Richard H. Switzer and Cleve Burton, Shreveport, La., Lunn, Irion, Switzer, Trichel & Johnson, Shreveport, La., of counsel, for appellant.

Benjamin C. King and Charles D. Egan, Shreveport, La., for appellee.

Before HOLMES, RUSSELL and STRUM, Circuit Judges.

PER CURIAM.

The facts here involved are in principle the same, and the same principles of law control, as in Watson v. Employers' Liability Assurance Corporation, Ltd., 202 F. 2d 407, decided by this Court, February 27, 1953, on authority of which the judgment, 102 F.Supp. 343, here appealed from is

Affirmed.

**Kenneth S. THOMSON, Appellant, v. HER-
BERICH–HALL–HARTER COMPANY,
Appellee.**

No. 11665.

United States Court of Appeals
Sixth Circuit.

Feb. 19, 1953.

Edward I. Wallach, Hugh Wells and Joseph Dembe, Cleveland, Ohio, for appellant.

Herberich, Rowley & Taylor, Akron, Ohio, for appellee.

Before ALLEN, MARTIN and McAL-LISTER, Circuit Judges.

PER CURIAM.

This case came on to be heard on the record and briefs and oral argument of counsel;

And it appearing that the findings of fact made by the District Court are supported by the record; that no compensable service was performed by the appellant to justify the so-called "commission" in connection with the mortgage loan involved in the trustee's petition to sell real estate; and that the loan was usurious within the purview of Sections 8303 and 8306, Ohio General Code; but that the numerous other loans made by appellee to appellant had been paid and cancelled on or before July 31, 1947 and do not constitute a continuing transaction between the parties;

It is ordered that the judgment be and it hereby is affirmed for the reasons stated in the memorandum opinion of the District Court. In re Proteau, 110 F.Supp. 904.

**GAMBLE ENTERPRISES, Inc., Petitioner,
v. NATIONAL LABOR RELATIONS
BOARD, Respondent.**

No. 11405.

United States Court of Appeals
Sixth Circuit.

April 10, 1953.

PER CURIAM.

In pursuance of a mandate from the Supreme Court of the United States, after the announcement of its decision, 73 S.Ct. 560, reversing our judgment of May 9, 1952, 196 F.2d 61.

It is now ordered that our judgment and order are set aside and held for nought and the cause is remanded to the National Labor Relations Board for further proceedings not inconsistent with the opinion and mandate of the Supreme Court.